IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| MONTECIA GREEN,<br>Institutional ID No. 141073,<br><br>                    Plaintiff,<br><br>V.<br><br>LUBBOCK COUNTY SHERIFF'S<br>OFFICE, *et al.*,<br><br>                    Defendants. | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO.<br>5:15-CV-239-C<br>ECF |

## ORDER

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a civil rights complaint on December 8, 2015. By Order dated February 1, 2016, this case was transferred to the docket of United States Magistrate Judge Nancy M. Koenig for screening pursuant to 28 U.S.C. §§ 1915 and 1915A. The United States Magistrate Judge entered a Report and Recommendation on March 28, 2016. No objections have been filed.

The Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge.

It is, therefore, ORDERED:

(1)   Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

(2)   Any pending motions are denied.

Plaintiff is admonished that if she re-files her civil rights complaint, she must either pay the full filing fee of $400.00 or file an application to proceed *in forma pauperis* and a certificate of her inmate trust account.

Judgment shall be entered accordingly.

Dated April 13, 2016.

SAM R. CUMMINGS
Senior United States District Judge

2